SEPTEMBER 11, 1990

No. A–193.   SILAGY ET AL. *v.* THOMPSON, GOVERNOR OF ILLI-NOIS, ET AL.   Application for temporary injunction, presented to JUSTICE STEVENS, and by him referred to the Court, denied. JUSTICE MARSHALL would grant the application.   JUSTICE BLACKMUN took no part in the consideration or decision of this application.

SEPTEMBER 20, 1990

No. A–223.   HAMBLEN *v.* DUGGER, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS.   Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 231 (1976), I would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

SEPTEMBER 21, 1990

No. A–900 (90–348).   NEW ERA PUBLICATIONS INTERNA-TIONAL, ApS *v.* CAROL PUBLISHING GROUP.   C. A. 2d Cir. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–140 (90–5723).   STEELEY *v.* ALABAMA.   Ct. Crim. App. Ala.   Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. A–160.   AHMAD *v.* WIGEN, WARDEN.   C. A. 2d Cir. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.